NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JESUS G. ATILANO,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2024-1172

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 17-1428, Judge Joseph L. Toth.

---

**JUDGMENT**

---

SEAN A. RAVIN, Miami, FL, argued for claimant-appellant.

BLAKE WILLIAM COWMAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by PATRICK ANGULO, CLAUDIA BURKE, PATRICIA M. MCCARTHY, BRETT SHUMATE; JONATHAN KRISCH, DEREK SCADDEN, Office of General Counsel,

United States Department of Veterans Affairs, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, STOLL, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 12, 2025
Date

Jarrett B. Perlow
Clerk of Court